UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| AMY K. WISE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )  C/A No. 3:12-CV-00355-JFA |
| | ) |
| GE MONEY BANK, | ) |
| | ) |
| DEFENDANT. | ) |
| _____ | ) |

**ORDER REGARDING SERVICE OF COMPLAINT AND
TIME TO RESPOND**

This matter comes before the Court, with the consent of the parties, on the motion of Defendant GE Capital Retail Bank, formerly known as GE Money Bank ("Defendant"), to dismiss the Complaint for insufficient service of process, pursuant to Fed. R. Civ. P. 12(b)(5). Defendant raised this motion as its third defense in its Answer filed on February 8, 2012 (Dkt. No. 7). The grounds supporting this motion are set forth in the Declaration of Martha A. Koehler (Dkt. No. 1-2), which Defendant filed in support of the Notice of Removal.

To resolve the service issue, Defendant has authorized its counsel to accept service, provided that Plaintiff acknowledges and agrees that Defendant has until April 16, 2012, to answer, counterclaim, move, or otherwise plead in response to the Complaint. The April 16, 2012, date is the current deadline for motions to amend the pleadings under the Scheduling Order entered on February 14, 2012, and Plaintiff has acknowledged and agreed that Defendant is entitled to submit an amended answer, counterclaim, motion, or other response to the Complaint on or before April 16, 2012.

**IT IS THEREFORE ORDERED** that Plaintiff will serve her Summons and Complaint upon Defendant through Defendant's counsel and service will be effective from the date Defendant's counsel accepts service, which date shall be evidenced on the acceptance of service form that Plaintiff's counsel shall file with the Court. Plaintiff shall serve her Summons and Complaint upon Defendant within ten (10) days of the entry of this Order.

**IT IS ALSO ORDERED** that Defendant is authorized and entitled to file any amended answer, counterclaim, motion, or other response to the Complaint on or before April 16, 2012.

IT IS SO ORDERED.

March 20, 2012            Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge